# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

JUDGMENT RENDERED AUGUST 14, 2019

NO. 03-18-00535-CV

**Ike Brooks and Viola Brooks, Appellant**

**v.**

**Robert Acosta, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on July 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.